**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Numbe 2019-KA-0591

State Of Louisiana

- - Versus - -

Laura Amanda Kozma

22nd Judicial District Court
Case #: 587881
St. Tammany Parish

On Application for Rehearing filed 06/11/2019 by Laura Amanda Kozma

Rehearing *denied.*

*Theriot, P. Dissents and grant the rehearing*

Vanessa Guidry Whipple

_____
John Michael Guidry

William J. Burris

Date    JUL 0 8 2020

Rodd Naquin, Clerk